■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v DALE BROWN et al., Defendants.—Motion for change of venue denied. Memorandum: On this motion for change of venue it does not appear that a fair and impartial trial cannot be had in Wayne County (CPL 230.20, subd 2). Since the case has not yet progressed to the *voir dire* of potential jurors, we deem this application premature *(People v DiPiazza,* 24 NY2d 342; *People v Hatch,* 46 AD2d 721; *People v Sekou,* 45 AD2d 982). Present—Marsh, P. J., Cardamone, Simons, Goldman and Witmer, JJ.

## (September 24, 1976)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEONARD E. BAY-NARD, Appellant, v HAROLD J. SMITH, as Superintendent, Respondent—Judgment unanimously affirmed on the memorandum decision of the Wyoming County Court. (Appeal from judgment of Wyoming County Court—habeas corpus.) Present—Marsh, P. J., Cardamone, Simons, Goldman and Witmer, JJ.